# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**JANE T. TUCKER**                                                                                **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 4:09-cv-139 DPJ-JCS**

**WAL-MART STORES, INC.**                                                  **DEFENDANT**

## AGREED ORDER SUBSTITUTING PROPER PARTY IN INTEREST

**THIS MATTER** having come before the Court upon the unopposed motion to substitute the proper Wal-Mart entity as the correct Defendant in this action, and the Court finds that the motion is well founded and should be, and hereby is, granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the proper party to be substituted shall be Wal-Mart Stores East, LP, and the party Wal-Mart Stores, Inc., is dismissed from this action.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the clerk shall make all necessary changes on the docket to reflect the substitution of Wal-Mart Stores East, LP, as the proper party in interest.

**SO ORDERED AND ADJUDGED**, this the 30th day of <u>December</u>, 2009.

                                                                  <u>/s/ James C. Sumner</u>
                                                                   **MAGISTRATE JUDGE**

**Agreed to and Approved as to Form:**

*/s/Shanda M. Yates*
Shanda M. Yates (MSB # 102687)
WELLS MARBLE & HURST, PLLC
Post Office Box 131
Jackson, MS 39205-0131
Telephone:    601-605-6900


*/s/Paul E. Rogers*
Paul E. Rogers, Esq. (MSB # 5649)
PAUL E. ROGERS, P.A.
Jackson, MS 39207